Commonwealth ex rel. Miller, Appellant, *v.* Rundle.

Submitted March 20, 1963. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Edward T. Miller,* appellant, in propria persona.

*William C. Cahall, III,* Assistant District Attorney, for appellee.

OPINION PER CURIAM, April 18, 1963:

The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of Judge HONEYMAN of the Court of Common Pleas of Montgomery County, as reported in 29 Pa. D. & C. 2d 488.